UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ARM, LTD. AND ARM, INC., | CASE NO. 11-CV-3869-DMR |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR MOSAID TECHNOLOGIES INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |
| v. | |
| MOSAID Technologies Inc., | |
| Defendants. | |

### ORDER ADOPTING STIPULATION TO EXTEND TIME FOR MOSAID TECHNOLOGIES INC. TO RESPOND TO FIRST AMENDED COMPLAINT

Before the Court is the parties' stipulation to extend the time for Defendant Mosaid Technologies, Inc. ("Mosaid") to file a responsive pleading to Plaintiffs ARM Ltd. and ARM, Inc.'s (collectively, "ARM") First Amended Complaint. PURSUANT TO THE STIPULATION, the Court ORDERS as follows:

1.   Mosaid's responsive pleading to ARM's First Amended Complaint is due on or before October 10, 2011.

DATED: 8/26/2011          BY: _____
                                                Hon. Donna Ryu
                                                United States Magistrate Judge

- 1 -