IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARM LTD. ET AL,<br><br>    Plaintiff,<br><br>v.<br><br>MOSAID TECHNOLOGIES, INC.,<br><br>    Defendant. | No. C 11-03869 CRB<br><br>**ORDER TRANSFERRING CASE** |

As the Court explained at the motion hearing, it hereby GRANTS Defendant MOSAID's Motion to Transfer this case to the Eastern District of Texas under the first-to-file rule.

**IT IS SO ORDERED.**

Dated: January 4, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\3869\order transferring.wpd